64 A.3d 1058

Calvin GARRETT, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE;
John Kerestes, Superintendent of SCI Mahanoy; Kris D. Cal-
kins, RS2 Records Dept. of SCI Mahanoy; Pennsylvania De-
partment of Corrections, Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

Calvin Garrett, Frackville, PA, pro se.

Jason Anthony Lambrino, Harrisburg, PA, for Pennsylvania
Board of Probation and Parole.

Debra S. Rand, PA Department of Corrections, Mechanics-
burg, PA, for Kris D. Calkins, Department of Corrections, and
John Kerestes.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the Order of
the Commonwealth Court is **AFFIRMED.**